# MEMORANDUM DECISIONS

E. PETRONIO & CO. v. CENTRAL TRUST CO. OF ILLINOIS. (Circuit Court of Appeals, Seventh Circuit. April 27, 1916.) No. 2361. Appeal from the District Court of the United States for the Northern District of the Eastern Division of Illinois. Suit by E. Petronio & Co. against the Central Trust Company of Illinois, trustee in bankruptcy of Eliza Petronio Zarosi and Luigi Zarosi, as individuals and as copartners under the firm name of E. Petronio & Co. From a decree for defendant, complainant appeals. Affirmed. See, also, 220 Fed. 269, 136 C. C. A. 285. Henry S. Blum, of Chicago, Ill., for appellant. Alvin H. Culver, of Chicago, Ill., for appellee. Before KOHLSAAT, MACK, and ALSCHULER, Circuit Judges.

PER CURIAM. On the authority of Whitney v. Wenman, 198 U. S. 539, 25 Sup. Ct. 778, 49 L. Ed. 1157, the decree is affirmed.

ODOM et al. v. UNITED STATES. (Circuit Court of Appeals, Fourth Circuit. February 29, 1916.) No. 1437. In Error to the District Court of the United States for the Western District of South Carolina, at Greenville. Case docketed on certificate of clerk, and writ of error dismissed, under section 6 of rule 23 (193 Fed. xiv). Hiram M. Smith, Asst. U. S. Atty., of Richmond, Va., for the United States.

PITT et al. v. RODGERS. (Circuit Court of Appeals, Ninth Circuit. July 24, 1916.) No. 2832. Appeal from the District Court of the United States for the District of Nevada. Morrison, Dunne & Brobeck and Edward Hohfeld, all of San Francisco, Cal., for appellee. Upon application of counsel for appellee, and on consideration of certificate of clerk of the United States District Court, District of Nevada, ordered, appeal dismissed for noncompliance by the appellants with provisions of subdivision 1 of rule 16 of the Rules of Practice (150 Fed. cxxvii).

In re RICHARDS BROS. (Circuit Court of Appeals, Sixth Circuit. December 18, 1914.) No. 2516. Petition to Revise an Order of the District Court of the United States for the Eastern District of Michigan, in Bankruptcy; Arthur J. Tuttle, Judge. Proceedings in the matter of the bankruptcy of Richards Bros. On petition to revise an order of the District Court (206 Fed. 932) allowing trade exemptions to the bankrupts. Order affirmed. Oscar W. Baker, of Bay City, Mich., for petitioner. Coumans & Gaffney, of Bay City, Mich., for respondent. Before KNAPPEN and DENISON, Circuit Judges, and KILLITS, District Judge.

PER CURIAM. The trustee in bankruptcy complains of the action of the court below in allowing to the bankrupts the trade exemptions provided by the Michigan statute (3 C. L. Mich. 1897, § 10322, subd. 8), against the contention that the name Richards Bros., under which the bankrupts did business, is an assumed or fictitious name, in violation of the statute (P. A. Mich. 1907, No. 101), which forbids the carrying on of business under an assumed or fictitious name, unless a certificate showing the real names of the parties is filed in a designated public office. This contention is effectually foreclosed by a decision of the Supreme Court of Michigan, made since these proceedings to revise were taken. Cross v. Leonard, 181 Mich. 24, 147 N. W. 540. The order complained of is affirmed, with costs.